Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Elizabeth Larocque (SBN 219977)
Email: elarocque@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
Attorneys for Plaintiff
CHARLES M. MATTHEWS

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
Eric D. Sentlinger (SBN: 215380)
esentlinger@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES M. MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC; et al.,<br><br>Defendants. | Case No.: 2:22-cv-00517-JAM-KJN<br><br>Judge: Hon. John A. Mendez<br><br>**ORDER GRANTING AMENDED STIPULATION TO CONTINUE TRIAL DATE AND RELATED DATES**<br><br>State Court Compl. Filed: June 22, 2021<br>Removal Date: March 21, 2022<br>Trial Date: March 25, 2024 |

    The Court, having considered the Stipulation to Continue the Trial Dates and Related Dates ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

    1. The following dates are hereby **VACATED**:

        a. Expert Witness Disclosures (Initial): June 27, 2023

    b.   Expert Witness Disclosures (Rebuttal):  July 11, 2023

    c.   Completion of All Discovery Deadline:  September 5, 2023

(all discovery shall have been conducted so that all depositions have been taken and any discovery disputes shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with)

    d.   Dispositive Motion Filing Deadline:  October 20, 2023

    e.   Dispositive Motion Hearing Deadline:  January 9, 2024 at 1:30 p.m.

    f.   Final Pretrial Conference: February 16, 2024 at 10:00 a.m.

    g.   Trial Date:  March 25, 2024 at 9:00 a.m.

2.   The dates are **CONTINUED** to the following dates:

    a.   Expert Witness Disclosures (Initial):  **August 29, 2023**

    b.   Expert Witness Disclosures (Rebuttal):  **September 12, 2023**

    c.   Completion of All Discovery Deadline:  **November 10, 2023**

(all discovery shall have been conducted so that all depositions have been taken and any discovery disputes shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with)

    d.   Dispositive Motion Filing Deadline:  **December 22, 2023**

    e.   Dispositive Motion Hearing Deadline:  **March 12, 2024, at 1:30 p.m**.

    f.   Final Pretrial Conference: **May 3, 2024, at 11:00 a.m.**

    g.   Trial Date:  **June 17, 2024, at 9:00 a.m**.

**IT IS SO ORDERED**.

Dated: June 28, 2023                /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE