# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:22-cv-00517-JAM-KJN<br><br>District Judge: John A. Mendez<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CHARLES M. MATTHEWS ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 September 15, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $238,296.00 pursuant to the terms of the Rule 68 Offer.

The 05/03/2024 Final Pretrial Conference and the 6/17/2024 Jury Trial are hereby **VACATED**.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: March 27, 2024    /s/ John A. Mendez
                         THE HONORABLE JOHN A. MENDEZ
                         SENIOR UNITED STATES DISTRICT JUDGE