# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

CHARLES M. MATTHEWS,

    Plaintiff,

v.

FCA US LLC; and DOES 1 through 10, inclusive

    Defendants.

Case No. 2:22-cv-00517-JAM-KJN

**ORDER GRANTING STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION (ECF 28)**

On April 19, 2024, both Parties filed a Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby **ORDERS** as follows:

1. The Joint Stipulation is **GRANTED**;
2. The Court **CONTINUES** the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from April 25, 2024 to **June 25, 2024**; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: April 22, 2024      /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE