1  Tionna Carvalho (SBN 292010)
   tcarvalho@slpattorney.com
2  **STRATEGIC LEGAL PRACTICES, APC.**
   1888 Century Park East, Floor 19
3  Los Angeles, CA 90067
   Telephone: (310) 929-4900
4  Facsimile: (310) 943-3838

5  Attorney for Plaintiff,
   CHARLES M. MATTHEWS
6
   SPENCER P. HUGRET (SBN: 240424)
7  shugret@grsm.com
   **GORDON REES SCULLY MANSUKHANI, LLP**
8  315 Pacific Avenue
   San Francisco, CA 94111
9  Telephone: (415) 875-3193
   Facsimile: (415) 986-8054
10
   Attorneys for Defendant,
11 FCA US LLC

12              **UNITED STATES DISTRICT COURT**

13              **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES M. MATTHEWS,<br><br>   Plaintiff,<br><br>   v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>   Defendants. | Case No. 2:22-cv-00517-JAM-KJN<br><br>**STIPULATION REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER; ORDER** |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is entered into by and between Plaintiff CHARLES M. MATTHEWS ("Plaintiff") and Defendant, FCA US LLC ("Defendant"), through their respective counsel of record.

**THE PARTIES' STIPULATION TO RESOLVE FEES, COSTS AND EXPENSES & REQUEST FOR ENTRY OF ORDER; ORDER**

1       WHEREAS, Plaintiff CHARLES M. MATTHEWS accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 15, 2023.

      WHEREAS, the counsel for the parties have met and conferred and have reached an agreement, in lieu of Plaintiff's counsel filing their Motion for Attorneys' Fees, Costs, and Expenses, Defendant FCA US LLC, is to pay fees, costs, and expenses in this matter for the sum of $23,000.00. Such funding shall be satisfied by October 24, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

      Parties hereby apply for the entry of Order in the amount of $23,000.00 for Plaintiff's Attorneys' Fees, Costs, and Expenses as outlined in this Stipulation.

**IT IS SO STIPULATED.**

Dated: July 24, 2024        **STRATEGIC LEGAL PRACTICES, APC**

                                                                                                        */s/ Tionna Carvalho*
                                                                                                        Tionna Carvalho
                                                                                                        Attorney for Plaintiff
                                                                                                        CHARLES M. MATTHEWS

Dated: July 24, 2024        **GORDON REES SCULLY MANSUKHANI, LLP**

                                                                                   /s/ Spencer P. Hugret
                                                                                   Spencer P. Hugret
                                                                                  Attorney for Defendant
                                                                                 FCA US LLC

All signatories listed, and on whose behalf this filing is submitted, attest to their electronic signatures and concur and authorize consent to the filing of this instant stipulation regarding Plaintiff's attorneys' fees, costs, and expenses.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. MATTHEWS,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 2:22-cv-00517-JAM-KJN<br><br>District Judge: John A. Mendez<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CHARLES M. MATTHEWS ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $23,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to **PAY** Plaintiff **$23,000.00** to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by October 24, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within ten (10) business days against all parties.

**IT IS SO ORDERED.**

Dated: July 26, 2024            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

**THE PARTIES' STIPULATION TO RESOLVE FEES, COSTS AND EXPENSES & REQUEST FOR ENTRY OF ORDER; ORDER**