# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. MATTHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC,<br><br>    Defendant. | Case No.: 2:22-cv-00517-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE (ECF No. 34)** |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is **DISMISSED WITH PREJUDICE**.

Dated:  October 23, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE